1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102
        Telephone: (415) 436-7368
7       Facsimile: (415) 436-7234
        E-Mail: lowell.powell2@usdoj.gov
8
   Attorneys for the United States of America
9
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                        SAN FRANCISCO DIVISION
13
14 UNITED STATES OF AMERICA,            )   No. CR 11-0681 EMC
                                        )
15         Plaintiff,                   )
                                        )
16         v.                           )   **STIPULATION AND [PROPOSED]**
                                        )   **ORDER EXCLUDING TIME UNDER 18**
17 LUIS FLORES MIRANDA,                 )   **U.S.C. § 3161**
       a/k/a Luis Manuel Garcia Miranda,)
18     a/k/a Jonas Flores Guillen,      )
       a/k/a Antonio Fernandez,         )
19     a/k/a Antonio Flores,            )
                                        )
20                                      )
           Defendant.                   )
21  _____)

22         On October 19, 2011, the parties in this case appeared before the Court. At that time, the

23 Court set the matter to November 30, 2011. The parties have agreed to exclude the period of

24 time between October 19, 2011 and November 30, 2011, from any time limits applicable under

25 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the

26 reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. §

27 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an

28 exclusion of time outweigh the best interests of the public and the defendant in a speedy trial. 18

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0681 EMC

1  U.S.C. § 3161(h)(7)(A).  At the hearing, the Court made findings consistent with this agreement.
2  SO STIPULATED:
3
4                                              MELINDA HAAG
                                               United States Attorney
5
6  DATED: October 20, 2011                    _____/s/_____
                                               LOWELL C. POWELL
7                                              Special Assistant United States Attorney
8
9  DATED: October 20, 2011                    _____/s/_____
                                               JODI LINKER
10                                             Attorney for LUIS FLORES MIRANDA

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0681 EMC

1 [~~PROPOSED~~] ORDER

2   For the reasons stated above and at the October 19, 2011 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 19, 2011 through November 30, 2011 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

10   IT IS SO ORDERED.

12   DATED: 10/20/2011



THE HO_____ CHEN
United S_____
Judge Edward M. Chen

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 11-0681 EMC